IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MRI SOFTWARE LLC | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | Judge _____ |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF MINNESOTA | ) | |
| FOUNDATION – DINNAKEN | ) | |
| HOUSING, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF PATRICK MASCIA IN SUPPORT OF DEFENDANT UNIVERSITY OF MINNESOTA FOUNDATION – DINNAKEN HOUSING, LLC'S NOTICE OF REMOVAL**

**PATRICK MASCIA**, being first duly sworn on oath, states and declares as follows:

1. My name is Patrick Mascia, and I am Managing Director of University of Minnesota Foundation Real Estate Advisors and submit this Declaration in support of University of Minnesota Foundation – Dinnaken Housing, LLC's ("Dinnaken") Notice of Removal.

2. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based both on the business records that Dinnaken keeps and maintains in the normal course of its business and from my personal knowledge of the facts of this matter.

3. Dinnaken received the Summons and Complaint on February 20, 2024.

4. Dinnaken is a Delaware limited liability company whose sole member is the University of Minnesota Foundation.

5. University of Minnesota Foundation is a Minnesota nonprofit with its principal place of business in Minnesota.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/12/2024

*Pat Mascia*

Patrick Mascia
*Managing Director, University of Minnesota Foundation Real Estate Advisors*