IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MRI SOFTWARE LLC | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | Judge _____ |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF MINNESOTA | ) | |
| FOUNDATION – DINNAKEN | ) | |
| HOUSING, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S JURISDICTIONAL DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure and Rule 3.13(b)(2) of the Local Rules for the United States District Court for the Northern District of Ohio, Defendant University of Minnesota Foundation – Dinnaken Housing, LLC ("Dinnaken") states as follows:

The sole member of Dinnaken is University of Minnesota Foundation which is a Minnesota nonprofit corporation with its principal place of business in Minnesota.

Dated: March 15, 2024                    Respectfully submitted,

By Counsel

**LATHROP GPM LLP**

*/s/ Loren L. Hansen*
Loren Hansen (*pro hac vice* to be sought)
3100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632.3000
Fax: (612) 632.4444
Loren.Hansen@lathropgpm.com

**UB GREENSFELDER LLP**

*/s/ Amanda J. Martinsek*
Amanda J. Martinsek (0058567)
1660 West 2nd Street
Suite 1100
Cleveland, OH 44113
Telephone: (216) 583-7000
Fax: (216) 583-7001
amartinsek@ubglaw.com

**ATTORNEYS FOR DEFENDANT UNIVERSITY OF MINNESOTA FOUNDATION – DINNAKEN HOUSING LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on March 15, 2024, a true and accurate copy of the foregoing was filed with the Clerk of the Court and served on counsel of record using the CM/ECF system.

                                                      /s/ Amanda J. Martinsek
                                                      Amanda J. Martinsek (0058567)

                                                      *Counsel for Defendant*