**IN THE COURT OF COMMON PLEAS**
**CUYAHOGA COUNTY, OHIO**

| | | |
|---|---|---|
| MRI SOFTWARE LLC, | ) | CASE NO. CV 24 992650 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN P O'DONNELL |
| v. | ) | |
| | ) | **STIPULATED LEAVE TO PLEAD** |
| UNIVERSITY OF MINNESOTA | ) | |
| FOUNDATION – DINNAKEN | ) | |
| HOUSING, LLC | ) | |
| | ) | |
| Defendant. | | |

Pursuant to Local Rule 8(D) of the Court of Common Pleas for Cuyahoga County, Ohio, counsel for the undersigned parties have agreed that Defendant University of Minnesota Foundation – Dinnaken Housing LLC shall have until April 5, 2024, by which to answer, move, plead, or otherwise respond to Plaintiff's Complaint. No prior extension to plead has been granted in this matter.

Respectfully submitted,

**PRESLAN LAW, LLC**

*/s/ Clinton E. Preslan (with permission)*
Clinton E. Preslan (0080748)
P.O. Box 16323
Rocky River, Ohio 44116
Telephone: 216-476-1155
Facsimile: 216-912-0850
cpreslan@prelanlaw.com

**ATTORNEY FOR PLAINTIFF MRI SOFTWARE LLC**

**LATHROP GPM LLP**

*/s/ Loren L. Hansen*
Loren Hansen (*pro hac vice* to be sought)
3100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632.3000
Cleveland, OH  44113-1448
Telephone:  (216) 583-7000
Fax: (612) 632.4444
Loren.Hansen@lathropgpm.com

**UB GREENSFELDER LLP**

*/s/ Amanda J. Martinsek*
Amanda J. Martinsek (0058567)
1660 West 2nd Street
Suite 1100
Cleveland, OH 44113
Telephone: (216) 583-7000
Fax: (216) 583-7001
amartinsek@ubglaw.com

**ATTORNEYS FOR DEFENDANT UNIVERSITY OF MINNESOTA FOUNDATION – DINNAKEN HOUSING LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2024 a copy of the foregoing was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Case Filing system.

>*/s/ Amanda J. Martinsek*
>One of the Attorneys for Defendant