# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MRI SOFTWARE, LLC, | Case No. 1:24-cv-00485 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | Magistrate Judge |
| | James E. Grimes, Jr. |
| UNIVERSITY OF MINNESOTA FOUNDATION – DINNAKEN HOUSING, LLC, | |
| Defendant. | |

## ORDER

The docket reflects that the parties were scheduled for mediation last month. The Court requests an update on the status of the parties' efforts at alternative dispute resolution no later than January 8, 2025.

**SO ORDERED.**

Dated:  January 2, 2025

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio